9/6/21

The Honorable Judge Claude Hilton
United States District Court
 of The Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

FILED MAILROOM
SEP - 9 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Honorable Judge Hilton,
 I am writing this letter PRO SE to respectfully ask for consideration of Compassionate Release pursuant to 18 U.S.C. 3582 (c)(1)(A)(i) from FCI Schuylkill minimum security prison camp where I am currently under lockdown due to the third outbreak of COVID-19 at the facility. As of June 28TH, 2021, I was eligible, per guidelines enacted by the BOP under The CARES Act, for transfer to home confinement for the remainder of my sentence (4 months left). Unfortunately, as of today, that transfer has not occurred due to bureaucratic delays caused by shortages of staffing and a backlog at the halfway house I would report to in Baltimore. Due to my age (54 y.o.), recent diagnosis of being at risk for a cardiac event, as well as history of high blood pressure and high cholesterol, I am considered high risk for complications related to COVID. I have a solid home confinement plan in place at the home I currently own with my partner, and a job to return to

(1)

9/6/21

I am a pharmacist who has served his community for 25 years, and despite my offense, The Maryland Board of Pharmacy recently renewed my license, which would allow me to return to my job as a community pharmacist. I believe my license renewal by the Board shows that there is no risk of recidivism with relation to my offense. I was deemed eligible for release to home confinement at 25% of my sentence served, yet I am currently at 50% of time served and still awaiting transfer. My actual release date is January 11th, 2022, after Good Time Credit and First Step Act credit. Due to the rise of the Delta variant of the virus, I fear for my safety and well being in the current environment, which is not physically constructed to protect inmates from exposure to the virus. As COVID-19 continues to mutate and create new variants, open dormitory living environments found in prison camps act as perhaps the most effective environment for spreading the virus. I was vaccinated in January, 2021, and per the CDC, the efficacy of the vaccine drops precipitously in just a matter of months for the current Delta variant, and vaccinated patients are also now spreading the virus.

    I have dutifully served the 50% of my sentence with no disciplinary infractions and am of course a non-violent offender. While I humbly have accepted and served my sentence to date, due to the highly unusual and historic negative effects the virus is having both on the

2

9/6/21

prison community (prisoners and staff) as well as the community at large, I am hoping you will take my request into consideration. These are unusual times and in my opinion call for unusual measures to protect myself and more importantly allow me the opportunity to re-enter society still able health wise to support my family and have a positive impact on my community, which I very much look forward to doing. Please, respectfully, refer to my case file for any questions or to confirm the validity of the information I have provided here. I greatly appreciate your consideration in this matter, as does my family. If Your Honor deems compassionate release appropriate, I respectfully request immediate release as the virus continues to spread through this community and institution.

Respectfully,

Michael J. Beatty
#10481-509
FCI Schuylkill
P.O. Box 670
Minersville, PA
17954

(3)